IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES RICHARDSON, | : | CIVIL ACTION |
| Petitioner, | : | NO. 11-4445 |
| v. | : | |
| RAYMOND LAWLER, et al., | : | |
| Respondents. | : | |

## ORDER

Before the Court is the Petition for a Writ of Habeas Corpus; the Response; the Report and Recommendation filed by U.S. Magistrate Judge David R. Strawbridge; and Petitioner's Objections thereto. The Court has carefully reviewed the entire record in this matter. I find the Report and Recommendation to be of the highest quality. Judge Strawbridge's consideration of the issues raised in the Petition is thoughtful, detailed, astute, and correct. Petitioner's brief Objections raise no viable legal concerns about the conclusions in the Report and Recommendation.

AND NOW, this 7th day of June, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, it is hereby ORDERED that:

1. The Report and Recommendation (Docket No. 11) is APPROVED AND ADOPTED.

2. Petitioner's Objections (Docket No. 15) are OVERRULED.

3. The Petition for Writ of Habeas Corpus (Docket No.  ) is DENIED without an evidentiary hearing.

4. There is NO basis for the issuance of a certificate of appealability.

5.  The Clerk of Court shall mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II

---

C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE